Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of WILLIAM E. GORDON, Respondent, for an Order against GEORGE A. MOWBRAY, Superintendent of Sanitation, etc., of the Village of Port Chester, New York, and Others, Appellants. In the Matter of the Application of JAMES PACE, Respondent, for an Order against GEORGE A. MOWBRAY, Superintendent of Sanitation, etc., of the Village of Port Chester, New York, and Others, Appellants. In the Matter of the Application of HARRY SAYER, Respondent, for an Order against WALTER BRENNAN, Superintendent of Road, Bridges, Sewer and Drain Departments, in Charge of the Village of Port Chester, New York, and Others, Appellants.— Motions for reargument denied, with ten dollars costs on each motion. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of EDWARD SHELUBOV, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of WILLIAM E. TOWNE, Appellant, against EUGENE SHERK and Others, Constituting the Board of Zoning Appeals of the Village of Floral Park, and EDWARD J. ROCK, as Secretary of Said Board of Zoning Appeals, Respondents, for an Order Pursuant to Article 78 of the Civil Practice Act to Review the Determination and Action of the Said Board of Zoning Appeals in Reversing the Determination of the Village Clerk of the Village of Floral Park and Directing the Issuance of a Permit to PHILIP EHRHART and JACOB WICKS on an Appeal from the Determination of Said Village Clerk. PHILIP EHRHART and JACOB WICKS, Intervenors, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

ALMA EVANS JACKSON, an Infant, etc., by BETTY JACKSON, Her Guardian ad Litem, Respondent, v. ISAAC DICKMAN and Others, Copartners, Doing Business under the Firm Name and Style of I. DICKMAN & SONS, and Another, Appellants. WILLIAM HART, Respondent, v. ISAAC DICKMAN and Others, Copartners, Doing Business under the Firm Name and Style of I. DICKMAN & SONS, and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

ANNIE L. JIMENEZ, as Administratrix, etc., of RUDOLPH A. JIMENEZ, Deceased, Appellant, v. THE TRAVELERS INDEMNITY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

SADIE LAWRENCE and Another, Appellants, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion to dispense with printing denied as unnecessary. (See Civ. Prac. Act, § 558.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MAX MENCHER, as a Stockholder of the EMPIRE TITLE & GUARANTEE COMPANY, Suing on Behalf of Himself and All Others Similarly Situated, Appellant and Respondent, v. EDWARD A. RICHARDS and Others, Respondents and Appellants, and EMPIRE TITLE & GUARANTEE COMPANY and Another, Respondents.— Motion